UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division

**FILED**
APR - 3 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Margaret Jean Smith
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

State of West Virginia
Homeland Security, WVa
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 5:25-cv-00220
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes  [ ] No

# COMPLAINT FOR A CIVIL CASE

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Margaret Jean Smith
Street Address: 113 Cessna Street
City and County: Beckley, Raleigh
State and Zip Code: West Virginia 25801
Telephone Number: 304-875-9499
E-mail Address: smith52maggie@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Homeland Security
- Job or Title (if known):
- Street Address: 1900 Kanawha Blvd. E Building Room W-400
- City and County: Charleston Kanawha
- State and Zip Code: West Virginia 25305
- Telephone Number: 304-558-2930
- E-mail Address (if known):

Defendant No. 2
- Name: Jeff Sandy
- Job or Title (if known): Retired Homeland Security
- Street Address: 860 NW 122 Ave
- City and County: Plantain
- State and Zip Code: Flordia
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Jim Justice
- Job or Title (if known): US Senator
- Street Address: SD-G12 Dirksen Senator Office Building Legal Dept.
- City and County: Washington
- State and Zip Code: DC 20510
- Telephone Number: 202-224-3954
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Civil Rights Conspiracy
Fraud
28 U.S.C § 1331
18 USC § 241 - Conspiracy

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* W Va State Police, is incorporated under the laws of the State of *(name)* West Virginia, and has its principal place of business in the State of *(name)* West Virginia.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: 500 Million came down from OIG in D.C. Homeland Security. Never received money in my name

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1- Turned in Homeland Security Agint, threaten my life, 2023, violated my civil Rights: Cause emotion Harm. In Buckley WV

2- Homeland Security of Charleston WVa. Caused a conspiracy against the State Police of Charleston + Beckley, WVa. So they could erase my evidence off of the State Police Computers.

3- Human Rights violation - Tracking device, and home bio listening device. For 15 years by W. Va. Homeland Security Beckley WVa.

4- Homeland Security was charging me with a crime and I was not guilty of a crime. To

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Mental Abuse, violation of my human rights; damages against me, this is actual damages. Punitive damages 50 billion

They slander my name accusing me of a hundreds crime I did not commit and stopped me from obtaining an attorney to file a law suit against Homeland Security.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-3-2025

Signature of Plaintiff: *Margaret Jean Smith*
Printed Name of Plaintiff: Margaret Jean Smith

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____